DUSTIN R. MARCELLO, ESQ.
Nevada Bar No. 10134
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 474-7554 F: (702) 474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
ANDERSON CLAYTON ALCANTARA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **ANDERSON CLAYTON ALCANTARA,** ) <br> ) <br> Defendant. ) <br> _____) | Case No. : 2:17-CR-00001-JAD-CWH |

### DEFENDANT'S EX-PARTE MOTION FOR COURT ORDER DIRECTING THE NEVADA SOUTHERN DETENTION CENTER TO ALLOW DEFENDANT TO SEE A DENTIST

**COMES NOW**, the Defendant **ANDERSON CLAYTON ALCANTARA**, by and through his attorney **DUSTIN R. MARCELLO ESQ.**, and hereby moves this Honorable Court for an order directing Nevada Southern Detention Center to allow Defendant Alcantara to see a Dentist. This motion is based upon the following:

1. That Alcantara is currently in the custody of the Nevada Southern Detention Center.

2. That Alcantara's mouth is currently swollen due to some infection in his mouth.

**DATED** this 14th day of December, 2018.

                                                     /S/ Dustin R. Marcello, Esq.
                                                     **DUSTIN R. MARCELLO, ESQ.**
                                                     Nevada Bar No. 10134
                                                     Attorney for Defendant

DUSTIN R. MARCELLO, ESQ.
Nevada Bar No. 10134
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 474-7554 F: (702) 474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
ANDERSON CLAYTON ALCANTARA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**ANDERSON CLAYTON ALCANTARA,**<br><br>    Defendant. | Case No. : 2:17-CR-00001-JAD-CWH |

**IT IS HEREBY ORDERED** that the Nevada Southern Detention Center allow Defendant ALCANTARA to be seen for dental treatment.

**DATED** January 9, 2019

_____
United States Magistrate Judge