# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDERSON CLAYTON MARIANO ALCANTARA,<br><br>Defendant. | Case No. 2:17-cr-00001-JAD-CWH<br><br>**ORDER** |

This matter is before the court on defendant Anderson Clayton Mariano Alcantara's Ex Parte Motion for Court Order Directing the Nevada Southern Detention Center to Allow Defendant to See a Dentist Regarding His Veneers (ECF No. 499), filed on February 4, 2019. The court ordered the government to respond. The government filed a response (ECF No. 506) on February 12, 2019. Alcantara did not file a reply. The court has read and considered the parties' briefs, and for the reasons stated in the government's response, the motion is denied.

IT IS SO ORDERED.

DATED: February 22, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE