DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
ANDERSON CLAYTON ALACANTARA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **2:17-CR-00001-JAD-CWH-4** |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | CONTINUE SENTENCING |
| ) | |
| ANDERSON CLAYTON ALCANTARA, ) | |
| ) | (First Request) |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between ANDERSON CLAYTON ALCANTARA, Defendant, by and through his counsel DUSTIN R. MARCELLO, ESQ, NICHOLAS A. TRUTANICH, United States Attorney, and PATRICK BURNS, Assistant United States Attorney, that Sentencing currently scheduled for April 22, 2019 at 11:00 a.m. be vacated and continued to 45 days or to a time convenient with the Court.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken with the Defendant and he has no objection to the continuance.

2. The parties agree to the continuance.

3. Defendant is in custody in Pahrump.

4. Counsel needs additional time to adequately prepare for sentencing with Defendant .

-1-

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. This is the first request to continue the sentencing.

DATED this 17th day of April 2019.

Respectfully submitted.

NICHOLAS TRUTANICH
UNITED STATES ATTORNEY

PITARO & FUMO, CHTD.

/s/
DUSTIN R MARCELLO, ESQ.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
ATTORNEY FOR DEFENDANT

/s/
PATRICK BURNS
ASSISTANT UNITED STATES ATTORNEY
501 LAS VEGAS BOULEVARD SOUTH. #1100
LAS VEGAS, NEVADA 89101

DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
ANDERSON CLAYTON ALACANTARA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:17-CR-00001-JAD-CWH-4** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDERSON CLAYTON ALCANTARA, | ) | |
| | ) | (First Request) |
| Defendant. | ) | |
| _____ | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken with the Defendant and he has no objection to the continuance.

2. The parties agree to the continuance.

3. Defendant is in custody in Pahrump.

4. Counsel needs additional time to adequately prepare for sentencing with Defendant.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. This is the first request to continue the sentencing.

## CONCLUSIONS OF LAW

The end of justice served by granting said continuance outweigh the best interest of the public and defendants since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

## ORDER

**IT IS ORDERED** that Sentencing currently scheduled for April 22, 2019, at 11:00 a.m. be continued to June 17, 2019, at the hour of 1:30 p.m.

DATED this 19th day of April, 2019.

_____
U.S. DISTRICT JUDGE