1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 13644
3  PATRICK BURNS
   Nevada Bar No. 11779
4  United States Attorney's Office, District of Nevada
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336/Fax: (702) 388- 6418
6  John.P.Burns@usdoj.gov

7  *Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO: 2:17-cr-00001-JAD-CWH |
| vs. | |
| (#4) ANDERSON CLAYTON MARIANO ALCANTARA, a/k/a "Foguinho," a/k/a "Fogs," a/k/a "Anderson Alcantara," a/k/a "Anderson Mariano," a/k/a "Anderson Marino," | STIPULATION TO CONTINUE SENTENCING |
| Defendant. | |

It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, through Patrick Burns, Assistant United States Attorney, and Dustin Marcello, Esq., counsel for Defendant Anderson Clayton Mariano Alcantara, that the sentencing hearing date in the above-captioned matter, previously scheduled for June 17, 2019, at 1:30 p.m., be vacated and continued until a time convenient to the Court, but no sooner than July 7, 2019.

This Stipulation is entered into for the following reasons:

1.  Counsel for the government is scheduled to be out of the jurisdiction on the

current sentencing date, June 17, 2019.

2. Defendant Alcantara is in custody and does not oppose this request.

3. This request is made in good faith and not for purposes of delay.

4. This is the second request for a continuance of the sentencing.

Dated this 31st day of May, 2019

                                                              NICHOLAS A. TRUTANICH
                                                              United States Attorney

     /s/                                                   /s/
By: _____          By:_____
   DUSTIN MARCELLO                    PATRICK BURNS
   Counsel for Defendant McMillan     Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

(#4) ANDERSON CLAYTON MARIANO ALCANTARA,
  a/k/a "Foguinho," a/k/a "Fogs,"
  a/k/a "Anderson Alcantara," a/k/a
  "Anderson Mariano," a/k/a
  "Anderson Marino,"

    Defendant.

CASE NO: 2:17-cr-00001-JAD-CWH

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the government is scheduled to be out of the jurisdiction on the current sentencing date, June 17, 2019.

2. Defendant Alcantara is in custody and does not oppose this request.

3. This is the second request for a continuance of the sentencing.

## ORDER

IT IS FURTHER ORDERED that the sentencing in *United States v. Anderson Clayton Mariano Alcantara*, 2:17-cr-00001-JAD-CWH, previously scheduled for June 17, 2019 at 1:30 p.m. is vacated and continued until July 8, 2019, at the hour of 11:00 a.m.

DATED: June 4, 2019.

By: _____
HON. JENNIFER A. DORSEY
U.S. DISTRICT COURT JUDGE