DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
ANDERSON CLAYTON ALACANTARA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **2:17-CR-00001-JAD-CWH-4** |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | CONTINUE SENTENCING |
| ) | |
| ANDERSON CLAYTON ALCANTARA, ) | |
| ) | (Second Request) |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between ANDERSON CLAYTON ALCANTARA, Defendant, by and through his counsel DUSTIN R. MARCELLO, ESQ, NICHOLAS A. TRUTANICH, United States Attorney, and PATRICK BURNS, Assistant United States Attorney, that Sentencing currently scheduled for July 8, 2019 at 11:00 a.m. be vacated and continued to 30 days or to a time convenient with the Court.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken with the Defendant and he has no objection to the continuance.

2. The parties agree to the continuance.

3. Defendant is in custody in Pahrump.

4. Counsel needs additional time to adequately prepare for sentencing with Defendant. Additionally the parties are attempting to negotiate a joint sentencing recommendation that would avoid significant litigation at sentencing.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. This is the second request to continue the sentencing.

DATED this 27th day of June 2019.

Respectfully submitted.

NICHOLAS TRUTANICH
PITARO & FUMO, CHTD.                    UNITED STATES ATTORNEY


/s/                                     /s/
DUSTIN R MARCELLO, ESQ.                 PATRICK BURNS
601 LAS VEGAS BOULEVARD, SOUTH          ASSISTANT UNITED STATES ATTORNEY
LAS VEGAS, NEVADA 89101                 501 LAS VEGAS BOULEVARD SOUTH. #1100
ATTORNEY FOR DEFENDANT                  LAS VEGAS, NEVADA 89101

DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
ANDERSON CLAYTON ALACANTARA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:17-CR-00001-JAD-CWH-4** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDERSON CLAYTON ALCANTARA, | ) | |
| | ) | (Second Request) |
| Defendant. | ) | |
| _____ | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken with the Defendant and he has no objection to the continuance.

2. The parties agree to the continuance.

3. Defendant is in custody in Pahrump.

4. Counsel needs additional time to adequately prepare for sentencing with Defendant. Additionally the parties are attempting to negotiate a joint sentencing recommendation that would avoid significant litigation at sentencing.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. This is the second request to continue the sentencing.

## **CONCLUSIONS OF LAW**

The end of justice served by granting said continuance outweigh the best interest of the public and defendants since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

## **ORDER**

**IT IS ORDERED** that Sentencing currently scheduled for July 8, 2019, at 11:00 a.m. be continued to August 20, 2019, at the hour of 2:00 p.m.

DATED this 3rd day of July, 2019.

_____
U.S. DISTRICT JUDGE